IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GAVALDON,

    Plaintiff,

  vs.

G. D. LEWIS, et al.,

    Defendants.

No. C 11-03920 YGR (PR)

**ORDER VACATING ORDER GRANTING *IN FORMA PAUPERIS* STATUS AND RESCINDING DIRECTIVE THAT PLAINTIFF PAY THE FULL FILING FEE**

On November 4, 2011, the Court granted Plaintiff *in forma pauperis* (IFP) status and, pursuant to 28 U.S.C. § 1915(b), directed the "Prison Trust Account Office" to make monthly deductions from Plaintiff's trust account until he had paid the full $350.00 filing fee. The Court also instructed Plaintiff to pay an initial partial filing fee of $185.00. However, the Court's records indicate that Plaintiff actually paid the full filing fee of $350.00. *See* Receipt Number 44611007929. Therefore, the Court's Order granting IFP status to Plaintiff is VACATED, and the directive that Plaintiff pay the full filing fee is RESCINDED.

The Clerk of the Court shall send copies of this Order to the Court's Financial Office and to the Prison Trust Accounts Office of Pelican Bay State Prison, as well as to Plaintiff. This Court's Financial Office shall reimburse Plaintiff for all fee payments that have been deducted from his trust account and sent to the Court pursuant to the November 4, 2011 Order.

IT IS SO ORDERED.

DATED: April 20, 2012

                                                                   YVONNE GONZALEZ ROGERS
                                                                   UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Gavaldon3920.vacateIFPgrant.wpd